In the Matter of BELCLAIRE HOLDING CORP., Respondent, v. MELVIN KLINGHER et al., Constituting the Planning Board of the Town of Ramapo, et al., Appellants.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.